Case 7:18-cv-00212   Document 16   Filed on 01/07/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TACMED HOLDINGS, INC., *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-212 |
| | § § | |
| FORD MOTOR COMPANY, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiffs Notice of Dismissal with Prejudice filed on January 4, 2019, this case is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

SO ORDERED this 7th day of January, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge